# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. SORIANO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02023-KJM-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING THIS ACTION FOR FAILURE TO PAY FILING FEE |

On December 19, 2014, Plaintiffs Richard P. Soriano and Frank R. Ortiz ("Plaintiffs") filed the complaint in this action and each plaintiff filed an application to proceed in forma pauperis. (ECF Nos. 1. 2, 3.) On December 24, 2014, Plaintiffs were found to be ineligible to proceed in this action without prepayment of fees; and Plaintiffs were ordered to pay the filing fee within thirty days. (ECF No. 4.) On January 30, 2015, a findings and recommendations issued recommending dismissal of this action for failure to pay the filing fee. (ECF No. 7.) Subsequently, on February 9, 2014, an entry docketed showing that Plaintiffs paid the filing fee on January 21, 2015.

///

///

///

Accordingly, the findings and recommendations filed January 30, 2015, are HEREBY VACATED.

IT IS SO ORDERED.

Dated: **February 10, 2015**

UNITED STATES MAGISTRATE JUDGE